O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5133 AHM (FFMx) | Date | August 4, 2009 |
|---|---|---|---|
| Title | JOSE O. MENDIOLA, et al. v. HSBC MORTGAGE CORPORATION (USA)., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On August 4, 2009 Plaintiffs filed an Ex Parte Application for Temporary Restraining Order ("TRO") and for an Order Shortening Time for Hearing on Preliminary Injunction and Order to Show Cause re: Preliminary Injunction.[1] The Application states that it is based on a Memorandum of Points and Authorities, Declaration of Erica Melendez re: Ex-Parte Notice to Defendants, Declaration of Mr. Mendiola, Declaration of Adrian Mercado, and the Declaration of Ligia I. Hernandez. The Court has not received any of these documents, and without them has no basis to rule on the merits of the Application. Pursuant to Federal Rule of Civil Procedure 65(b), Plaintiffs must also present an affidavit from their attorney certifying in writing any efforts made to give notice of the Application, and the reasons, if any, why notice should not be required.

In addition, Plaintiffs are ORDERED to disclose the status of the TRO entered by the California Superior Court, including the expiration date of that TRO.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

---

[1] Docket No. 7.