O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5133 AHM (FFMx) | Date | August 25, 2009 |
|---|---|---|---|
| Title | JOSE O. MENDIOLA, et al. v. HSBC MORTGAGE CORPORATION (USA)., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

For the reasons stated at yesterday's hearing, the Court GRANTS in part and DENIES in part Defendants' Motion to Dismiss,[1] and extends the Temporary Restraining Order up to and including **August 31, 2009**. If Plaintiff posts a $40,000 bond on or before August 31, 2009, the Court will convert the Temporary Restraining Order into a preliminary injunction.

The Court's specific rulings on the motion to dismiss Plaintiffs' claims are as follows:

Claim 1, Unruh Act - DENY.

Claim 2, Truth in Lending Act ("TILA") - GRANT with prejudice.

Claim 3, Fair Housing Act ("FHA") - GRANT with prejudice.

Claim 4, Real Estate Settlement Procedures Act ("RESPA") - GRANT with leave to amend.

Claim 5, Cal. Civ. Code § 2923.5 - DENY.

Claim 6, UCL (§ 17200, et seq.) - GRANT with leave to amend.

---

[1] Docket No. 6.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5133 AHM (FFMx) | Date | August 25, 2009 |
|---|---|---|---|
| Title | JOSE O. MENDIOLA, et al. v. HSBC MORTGAGE CORPORATION (USA)., et al. | | |

　　　　Claim 7, Cal. Commercial Code § 3203 - GRANT with prejudice.  The applicable and exclusive statutory framework for this non-judicial foreclosure is in Civil Code §§ 2924, et seq., and possession and display of the note is not required.

　　　　Claim 8, Unjust Enrichment - DENY.

　　　　Claim 9, Quiet Title - GRANT with prejudice.

　　　　Claim 10.  Declaratory Relief - GRANT with prejudice.

The Court also dismisses all claims insofar as they are brought against Defendant MERS, but gives Plaintiffs leave to amend their pleading to state viable claims against that defendant.

　　　　If Plaintiffs wish to amend their complaint they must do so on or before **September 7, 2009**.

|  |  | : |  |
|---|---|---|---|
|  | Initials of Preparer | se |  |